UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 21-5527-ODW (PLA)**            Date: **February 4, 2022**

Title: **Gregory D. Hayes v. United States of America, et al.**

---

PRESENT: THE HONORABLE    **PAUL L. ABRAMS**
UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT(S):
NONE      NONE

PROCEEDINGS:      **(IN CHAMBERS)**

By previous order of the Court, and at plaintiff's request for additional time, plaintiff's First Amended Complaint was due no later than January 17, 2022. As of today's date, plaintiff has not submitted a First Amended Complaint. Accordingly, **no later than February 25, 2022**, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and failure to follow court orders. The filing of a First Amended Complaint fully consistent with the Court's Order Dismissing Complaint With Leave to Amend (ECF No. 19) on or before February 25, 2022, shall be deemed compliance with this Order.

cc:      Gregory D. Hayes, pro se

Initials of Deputy Clerk    ch