JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY D. HAYES, | ) | No. CV 21-5527-FWS (PLA) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: June 7, 2022

_____
HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE